**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Checker Cab Philadelphia, Inc., et al,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **The Philadelphia Parking Authority and** <br> **Vincent Fenerty,** <br> **Defendants.** | **CIVIL ACTION** <br><br> **NO. 16-4669** |

## ORDER

**AND NOW**, this __28th__ day of _____January_____, 2018, based on the foregoing Memorandum, the Motions for Summary Judgment (ECF 147 and 148) are hereby **GRANTED** as to PPA only.

Checker's and Germantown's Motions for Relief (ECF 150 and 151) are hereby **DENIED**. Checker's and Germantown's Motions to file Supplemental Memoranda (ECF 161 and 162) are hereby **DENIED**.

As to Defendant Fenerty, Plaintiffs may file a supplemental memorandum, limited to ten (10) pages, double-spaced, by February 9, 2018, concerning the qualified immunity issue. Plaintiffs shall incorporate by reference exhibits and legal arguments already filed, and may attach other matters produced during discovery. Defendant may reply within seven (7) days, also limited to ten (10) pages, double-spaced, and the above restrictions.

**BY THE COURT:**

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-4669 Checker Cab v PPA\16cv4669 Order Granting MSJ as to PPA only.doc