# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Checker Cab Philadelphia, Inc., et al, <br> Plaintiffs, <br><br> v. <br><br> The Philadelphia Parking Authority and Vincent Fenerty, <br> Defendants. | CIVIL ACTION <br><br> NO. 16-4669 |

## ORDER RE: DEFENDANT FENERTY'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 12th day of March, 2018, for the reasons stated in the foregoing Memorandum, and the Court having granted the Motions for Summary Judgment (ECF 147 and 148) as to Defendant Philadelphia Parking Authority by Order dated January 29, 2018, the Court hereby orders that:

1. The Motions for Summary Judgment (ECF 147 and 148) are hereby **GRANTED** as to Defendant Vincent Fenerty; and

2. The Complaint is dismissed, with prejudice.

The Clerk shall close the case.

> **BY THE COURT:**
>
> /s/ Michael M. Baylson
>
> _____
> **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-4669 Checker Cab v PPA\16cv4669 Order Granting MSJ as to Fenerty.doc